UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZARIFE HERGAJA,

    Plaintiff,

  v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
    _____/

CIVIL ACTION NO. 05-60086

HON. JOHN CORBETT O'MEARA

## ORDER ADOPTING MAGISTRATE JUDGE PEPE'S
## REPORT AND RECOMMENDATION

The court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. 636(b)(1)(B), and LR 72.1(b)(E.D.Mich.Sept 8, 1998), has reviewed the Magistrate Judge's report and recommendation as well as any objections filed by the parties, and after conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

Accordingly, it is hereby **ORDERED** that the report and recommendation is **ADOPTED.**

        s/John Corbett O'Meara
        John Corbett O'Meara
        United States District Judge

Dated: May 2, 2006

Copies:

**Michael J. Cantor**
Gittleman, Paskel, (Southfield)
24472 Northwestern Highway
Southfield, MI 48075

usamie.dcu@usdoj.gov